

1  CAROL C. LAM
   United States Attorney
2  LINDA A. FRAKES
   Assistant U.S. Attorney
3  California State Bar No. 144666
   STEPHEN M. TOKARZ
4  Assistant U.S. Attorney
   California State Bar No. 208305
5  Federal Office Building
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-5711
7
   Attorneys for Plaintiff
8  United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1195-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF CRIMINAL FORFEITURE** |
| RICHARD ELIZALDA (1), | ) | |
| Defendant. | ) | |

WHEREAS, the Indictment filed in the above-captioned case seeks the forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of any and all property constituting or derived from proceeds traceable to Defendant Richard Elizalda's violation of 18 U.S.C. § 201(b)(2)(A) and (C) (bribery by a public official), charged in Count 1.

WHEREAS, Defendant has entered into a Plea Agreement with the United States in which he agreed that he received at least $20,000 in direct proceeds as a result of his commission of the bribery offense charged in Count 1 to which he has pleaded guilty. In the Plea Agreement, Defendant agreed to the entry of a money judgment of forfeiture in the amount of $20,000. Defendant further agreed to pay the $20,000 to the United States at least thirty (30) days before the first scheduled date of Defendant's sentencing.

WHEREAS, the Court has accepted Defendant's plea of guilty to Count 1 of the Indictment.

//

WHEREAS, based upon the facts set forth in the Plea Agreement, the United States has established the requisite nexus between the amount of the money judgment sought and the criminal offense.

WHEREAS, the United States requests the entry of this Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $20,000, and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $20,000, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of California shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $20,000 to satisfy the money judgment in whole or in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, 880 Front Street, Room 6293, San Diego, CA 92101, Attention: Assistant U.S. Attorney Kathleen W. Clark.

Dated: 10-16-06

*[signature]*
LARRY A. BURNS,
UNITED STATES DISTRICT JUDGE